IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MAPANYTHING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-cv-215 |
| | ) |
| DAVE CHANDLER, | ) |
| | ) |
| Defendant. | ) |

**ORDER FOR SERVICE OF PROCESS BY
FEDEX INTERNATIONAL DELIVERY AND EMAIL**

THIS MATTER comes before the Court on Plaintiff's Motion for Service of Process by FedEx International Delivery. Having considered Plaintiff's Memorandum of Law in support of said motion, including the points of law included therein, it is:

ORDERED AND ADJUDGED that the Motion is GRANTED. The Court hereby ORDERS that:

1. Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff may serve Defendant, Dave Chandler, by sending via FedEx International Delivery, direct signature required, one copy of: (1) Plaintiff's Complaint; (2) Summons; (3) Civil Cover Sheet; and (4) Order.

2. Plaintiff's may file a copy of the FedEx "proof of signature" or email delivery confirmation (or substantially equivalent documents) as proof, pursuant to Fed. R. Civ. P. 4(1)(2)(B), that service has been effectuated on Defendant, pursuant to this Court Order.

1

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Defendant's response to the Complaint shall be due twenty-one (21) days after receipt of a copy of the Summons, Complaint and Order.

Signed: May 8, 2017

Graham C. Mullen
United States District Judge